**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THOSE CHARACTERS FROM CLEVELAND, LLC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 21-cv-03087 <br><br> Judge John J. Tharp, Jr. |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff THOSE CHARACTERS FROM CLEVELAND, LLC. ("CARE BEARS") against the defendants identified on Schedule A, and CARE BEARS having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; CARE BEARS having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that CARE BEARS has provided a basis to conclude that Defaulting Defendants have sold products using infringing and counterfeit versions of CARE BEARS's federally registered trademarks and copyrights (the "CARE BEARS Trademarks and Copyrights").

Lists of the CARE BEARS Trademarks and Copyrights are included in the below charts.

| Registration Number | Registered Trademark | International Classes |
|---|---|---|
| 4,7875,19 | **Care♥Bears** | 3 |
| 5,8749,43 | CARE BEARS | 5 |
| 3,336,078 | CARE BEARS | 9 |
| 4,602,800 | CARE BEARS | 9 |
| 1,270,509 | CARE BEARS | 4, 16, 21 |
| 1,773,296 | CARE BEARS | 16, 24, 25 |
| 3,767,824 | CARE BEARS | 18 |
| 1,294,343 | CARE BEARS | 21, 24, 25, 28 |
| 1,780,477 | CARE BEARS | 30 |

| Registration Number | Registered Copyright |
|---|---|
| VA 1-824-810 | Care Bears 2010 Style Guide |
| VA 1-982-408 | Care Bears 2015 Core Style Guide |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), copyright infringement (17 U.S.C. § 501), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510 *et seq.*).

2

Accordingly, this Court orders that CARE BEARS's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1.    Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a.  using the CARE BEARS Trademarks and Copyrights or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine CARE BEARS product or not authorized by CARE BEARS to be sold in connection with the CARE BEARS Trademarks and Copyrights;

   b.  passing off, inducing, or enabling others to sell or pass off any product as a genuine CARE BEARS product or any other product produced by CARE BEARS, that is not CARE BEARS' or not produced under the authorization, control, or supervision of CARE BEARS and approved by CARE BEARS for sale under the CARE BEARS Trademarks and Copyrights;

   c.  committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of CARE BEARS, or are sponsored by, approved by, or otherwise connected with CARE BEARS; and

   d.  manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

3

inventory not manufactured by or for CARE BEARS, nor authorized by CARE BEARS to be sold or offered for sale, and which bear any of CARE BEARS' trademarks or copyrights, including the CARE BEARS Trademarks and Copyrights, or any reproductions, counterfeit copies or colorable imitations.

2.   Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning any online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the CARE BEARS Trademarks and Copyrights; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the CARE BEARS Trademarks and Copyrights or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine CARE BEARS product or not authorized by CARE BEARS to be sold in connection with the CARE BEARS Trademarks and Copyrights.

3.   Upon CARE BEARS' request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with

Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the CARE BEARS Trademarks and Copyrights.

4.  Pursuant to 15 U.S.C. § 1117(c)(2), CARE BEARS is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000.00) for willful use of counterfeit CARE BEARS Trademarks. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5.  Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6.  All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to CARE BEARS as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to CARE BEARS the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until CARE BEARS has recovered full payment of monies owed to it by any Defaulting Defendant, CARE BEARS shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that CARE BEARS identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, CARE BEARS may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by third parties.

9. The one hundred ninety-nine thousand dollar ($199,000.00) surety bond posted by CARE BEARS is hereby released to CARE BEARS or its counsel, Michael A. Hierl of Hughes Socol Piers Resnick & Dym, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to CARE BEARS or its counsel.

This is a Default Judgment.

Dated: September 8, 2021

John J. Tharp, Jr.
United States District Judge

## Schedule A

| No. | Defendant |
|---|---|
| 1 | Dehua Yiqu Crafts Co., Ltd. |
| 2 | Kunshan Pinglory Gifts Co., Ltd. |
| 3 | Shenzhen Fibercheng Electronics Co., Ltd. |
| 4 | Shenzhen L&Y Technology Co., Ltd. |
| 5 | Xiamen SYS Ribbons & Bows Co., Ltd. |
| 6 | Yiwu Femtindo E-Commerce Co., Ltd. |
| 7 | Zhejiang Huihao Daily Products Co., Ltd. |
| 8 | babesupply20 |
| 9 | bigbigworld23 |
| 10 | dollforu |
| 12 | hrne2083 |
| 13 | kapaa.o |
| 14 | kenhua-72 |
| 15 | loadluck |
| 16 | pzd-45 |
| 17 | qjy2018 |
| 18 | saptguntarawa0 |
| 19 | surysaptoguntor0 |
| 20 | twenty-4-hours |
| 22 | xsc8865 |
| 24 | yenpurwant-0 |
| 28 | Alfalfa Plant |
| 30 | AWIDJS |
| 31 | bayannaoershixinfaxianmeifadian |
| 32 | Beautiful Stickers |
| 33 | Belle Ma |
| 34 | Beosh |
| 35 | BingHoCa |
| 36 | Booghe Shop |
| 37 | Boyang Down |
| 38 | BuGRo |
| 39 | BVFSDF |
| 41 | CETRGR |
| 42 | ChanFi |
| 43 | chen shuxiaDFGH |
| 45 | Chen YangWu |
| 46 | chengduqianbozhaomaoyidailiyouxiangongsi |
| 47 | ChengDuXinYiLiChengShangMaoYouXianGongSi |
| 48 | ChenZhibin200621 |
| 49 | CHIJIET |
| 51 | ChongYangXianLianWeiBaiHuoDian |

7

| 52 | Cuizongtan |
|-----|-----|
| 53 | datura flower |
| 54 | dfsfsdf(8-14 days delivery) |
| 56 | Djioho |
| 57 | dousty |
| 58 | Faceyour |
| 59 | Fall for you |
| 60 | FangShiLiu |
| 61 | FansHood |
| 62 | fdbfgs |
| 63 | fddbhfdbh |
| 64 | FEI SA |
| 66 | ggrui |
| 67 | GOOTAO |
| 68 | GULMCKA04 |
| 69 | HaiYanXinHeMaoYiYouXianGongSi |
| 70 | Han Su |
| 71 | hangzhouxinyijiachaoshiliansuoyouxiangongsi |
| 72 | hbbbbbbbbbbgvb |
| 73 | HCQPPL |
| 74 | Hello Key |
| 76 | HGUYGU |
| 77 | hibeilinquhuangyongriyongpinshangxing |
| 78 | hong te hao |
| 79 | Hsiao Yao Department Store |
| 80 | Huai Hua Shi Chong Guang Shang Mao Co., Ltd |
| 81 | huangjiefeng |
| 82 | Hui peng rong |
| 83 | hwf |
| 84 | Hxp |
| 85 | Hydfnvb Juaseg |
| 86 | Jessica LUV |
| 87 | JIANGUOCHUANG |
| 88 | JiaoXue Tian |
| 90 | Jin Wo Wang Luo |
| 91 | JIUNZ |
| 92 | JODELI |
| 93 | Karis Kita |
| 94 | Kevin Lane |
| 95 | Kilily |
| 96 | KQBAG |
| 97 | kunmingshasuwangluokejiyouxiangongsi |
| 99 | LCHGS |
| 100 | lfeonnern |
| 101 | LiHongLiLL |

| 102 | Liney Rong |
| 103 | LINGMAOSEEE |
| 104 | linyishilanss |
| 106 | Lizhime |
| 107 | Loko vivi |
| 108 | Lucky Sky |
| 111 | Mai Zhonglin clothing |
| 112 | MANSAItt |
| 114 | MariaSLynn |
| 115 | MIAOMIAOLL |
| 116 | MichaelTGarcia |
| 117 | Moplioe |
| 118 | Motor City |
| 119 | MPQNFZD |
| 120 | NANNINLK |
| 121 | NANSEE |
| 123 | NIANAI2 |
| 124 | NINGBOXD |
| 125 | NingQiu |
| 126 | OHTEIA |
| 127 | OO SANA NUNDCV |
| 128 | Outdoor Auto Frames |
| 129 | PAPHGHHUUC |
| 130 | PIECHOUMM |
| 131 | PIPAGO |
| 132 | polong lai |
| 133 | putianshixiangzuomaoyiyouxiangongsi |
| 135 | QIJIUJIU(8-14days delivery) |
| 137 | rabbitns |
| 138 | reateaus989 |
| 139 | SDJKFBSDKF |
| 140 | Seanery fly |
| 141 | Sen Flox |
| 142 | senheyiliaoqixie |
| 143 | ShanDongShengTingLiKaiWangLuoGongZuoShi |
| 144 | Shani Gro |
| 145 | *TERMINATED* |
| 146 | skrr |
| 147 | Smalluniron |
| 148 | SongSi Shop |
| 149 | Sonickingmall |
| 150 | SPORTSVAULT |
| 151 | StarskyCase |
| 153 | SunJianNanL |
| 154 | T&T.LLC |

9

| | |
|---|---|
| 155 | TAIJICC(8-14 days delivery) |
| 156 | Teegogo |
| 157 | TianQiaoQuLiJingShiPinDian |
| 159 | trust-self |
| 160 | TWENTYYY |
| 161 | UyhArts |
| 163 | Vickcy |
| 164 | Vio2342eler |
| 165 | w jin wang |
| 166 | WEI JYE CHU |
| 167 | WeiMa Product |
| 168 | Weimin Trading |
| 169 | WELTING |
| 171 | Xiamen Xingzhirui Technology Co., Ltd. |
| 172 | xiamenchuangxiang |
| 173 | XiangChengShiShuiZhaiHuaDongDianLiaoXiaoShouBu |
| 174 | XUXFEI |
| 175 | XuZhouHongMingMuYeYouXianGongSi |
| 176 | yaoanlianxindiannaokejiyouxiangongsi |
| 177 | YASIBAIHUO |
| 178 | YBDlho |
| 179 | YellowSunflower |
| 180 | YIWNG |
| 181 | YUANZHIG |
| 182 | yue ji |
| 183 | yunchengkonggang |
| 184 | Zenladen |
| 185 | Zero Mon |
| 186 | Zhang WeiXinXiang |
| 187 | Zhcou Fandag |
| 189 | ziqing33 |
| 190 | zkx449039637 |
| 191 | ZLJUN |
| 192 | Zuant |
| 193 | ZWB2020WeiBiao |
| 194 | Besttradingco |
| 195 | Gg158666 |
| 196 | mycutebaby007 |
| 197 | Tradestores |
| 198 | *TERMINATED* |
| 199 | *TERMINATED* |